934

No. 6884. GUNZBURGER v. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 2d Cir. Certiorari denied.

No. 6892. DANDRIDGE ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 6915. TARLTON v. CLARK, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 6916. SMITH v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 6920. HARVEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 6921. BYRNES ET AL. v. BOSTICK ET AL. C. A. 5th Cir. Certiorari denied.

No. 6923. GONZALES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 6927. FRIED v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 6936. PARKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 6938. LANE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 6945. SPENCER v. GEORGIA. C. A. 5th Cir. Certiorari denied.

No. 6956. OLIVER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 6974. SMITH v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.